JUNE 12, 1981

No. 80–1836. DELAGE v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

JUNE 15, 1981

No. 80–1738. CHEN v. SUPREME COURT OF NEW JERSEY. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 80–1766. COLUMBUS & SOUTHERN OHIO ELECTRIC CO. v. PUBLIC UTILITIES COMMISSION OF OHIO. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 80–1769. WESTINGHOUSE BROADCASTING CO., INC. v. COMMISSIONER OF REVENUE OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. JUSTICE STEWART took no part in the consideration or decision of this case.